UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                     Case No. 8:12-cv-669-T-23AEP

JOHN DOES 1-9,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon Defendant John Doe 4's motion to sever and dismiss and issue a protective order (Dkt. No. 8), Plaintiff's motion for direction and to temporarily enjoin Defendants from filing a motion to quash (Dkt. No. 9), and Defendant John Doe 3's motion to quash or modify subpoena (Dkt. No. 11). By the motions, the John Doe Defendants take issue with the expedited subpoenas sent by Plaintiff to Comcast Corporation seeking the identity of the John Doe Defendants. More specifically, John Doe 4 seeks to have all the John Doe Defendants severed and dismissed from this action due to misjoinder and requests the Court issue a protective order preventing or limiting the disclosure of his or her personally identifying information by Comcast, while John Doe 3 seeks to quash or modify the subpoena as it will unduly prejudice John Doe 3 and because it identifies an IP address rather than an individual. John Doe 3 also contends that the John Doe Defendants have been improperly joined in this action. Plaintiff, however, seeks direction as to the proper course of action to take with respect to issuing and serving its subpoenas and requests the Court temporarily enjoin the John

Doe Defendants from filing motions to quash the subpoenas in any other court. After consideration, it is hereby

ORDERED:

1. The expedited discovery in this matter is stayed until the Court rules upon the pending motions (Dkt. Nos. 8, 9, 11).

2. The parties are directed to file responses to the instant motions in accordance with Local Rule 3.01(b).

3. A hearing on the motions is scheduled for June 14, 2012, at 10:00 a.m. in Courtroom 10A at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, before United States Magistrate Judge Anthony E. Porcelli.

DONE AND ORDERED in Tampa, Florida, this 23rd day of May, 2012.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies to:

Counsel of Record

*Pro Se* Defendants