**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:12-cv-669-SDM-AEP | **DATE:** | 6/14/12 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **MALIBU MEDIA**<br><br>          **Plaintiff**<br>**v.**<br><br>**JOHN DOE 1 - 9**<br><br>          **Defendant** | | **PLAINTIFF'S COUNSEL**<br>Keith Kipscomb | |
| | | **DEFENDANT'S COUNSEL**<br>Daniel Tamaroff; David Tamaroff; Doug Cherry (Phone); Bradford Patrick | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**  10:12 TO 11:19  **TOTAL:**    min | | **COURTROOM:** | 10A |

PROCEEDINGS:

Hearing on motions:

MOTION to quash Subpoena

MOTION for miscellaneous relief, specifically for Direction and to Temporarily Enjoin Defendant from Filing Motion to Quash

MOTION to sever MOTION for protective order

Oral Argument heard.

Court defers ruling pending submissions by the parties.