**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:12-cv-00669-SDM-AEP |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-9, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF INTENT TO FILE PROTECTIVE ORDER BY PARTIES**

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, is in the process of conferring with Defendants' counsel regarding the requested protective order for the Court's review. The parties intend to submit the protective order tomorrow, June 20, 2012 after fully agreeing on the language and receiving approval from each party's client.

Dated: June 19, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or through email for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *M. Keith Lipscomb*

**SERVICE LIST**

U.S. District Court
Middle District of Florida
Civil Case No. 8:12-cv-00669-SDM-AEP

1. Daniel Tamaroff
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1633
Miami, Florida 33131
Daniel@TamaroffLaw.com

2. Bradford A. Patrick, Esq.
Law Office of Bradford A. Patrick, PA
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
bap@baplegal.com