UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            CASE NO.: 8:12-cv-669-T-23TBM

JOHN DOES 1–9,

    Defendants.
_____/

## **ORDER**

Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the plaintiff voluntarily dismisses (Docs. 24, 26) each defendant without prejudice. Accordingly, this action is **DISMISSED**.

ORDERED in Tampa, Florida, on July 26, 2012.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE